**Order filed, October 2, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00606-CV

_____

## CHARLOTTE GATES, Appellant

## V.

## PLUM CREEK TOWNHOMES, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1135916**

---

## ORDER

The reporter's record in this case was due September 20, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Alexandra L. McDaniel, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM